# EXHIBIT A

SALTAIRE

**SALTAIRE CRAFTSMEN, LLC**
800 South Maynard AVE, Suite 400, Seattle, WA 98121
206-583-0611

# AGREEMENT BETWEEN CONTRACTOR AND SUBCONTRACTOR

Agreement Details:

JOB NAME: Viewpointe TI
JOB #: 1194
DATE: 1/23/15

CSI CODE(s): 5700

This agreement is made between SALTAIRE CRAFTSMEN, LLC hereinafter CONTRACTOR and, Superior railing and Awning . hereinafter Subcontractor.

**PRICE: $13,125.00**
**DATE: 1/23/15**

Contractor agrees to pay as follows for the furnishing of materials and labor - complete in accordance with attached plans and specifications, including clean-up and removal of all related debris for the Viewpointe TI Commons Area upgrades at: Viewpointe 2450 Aurora AVE N, Seattle, WA 98109 by completing the itemized list below for the sum of **Thirteen Thousand One Hundred and Twenty Five Dollars 00/100 ($13,125.00)**

Scope of Work:

- Structural glass railings with metal fittings and handrails at stair and mezzanine (75LF) Seventy Five Lineal Feet.
- Structural review to be provided to verify structural support.
- Install handrails at replaced stairs and ramp extension.
- Install 42" aluminum and tempered glass guardrail at location indicated per plan. Surface mounts connection.
- Provide Glass
- Provide Shop Drawing and layout with material called out prior to construction

Materials Used:

- Tempered glass
- Metal fittings and connections
- aluminum metal handrails

Exclusions:

Blocking by others.

Subcontractor_________
Saltaire_________

Assumes standard working hours

CLARIFICATIONS:

All material is guaranteed to be as specified. All work to be completed in a workmanship manner according to standard practices. Any alterations or deviations from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. Plant material is warranted for 1 year of date of installation unless planted in areas not irrigated or where the irrigation system is in-operable.

Complete cleanup will be strictly observed at the end of each working day as it relates to our trade. In the event the contractor would like us to participate in a composite clean up, please notify our office for adjustments accordingly.

Includes all labor, materials as well as removal of scraps and trash created during above stated scope of work.

All work to be performed to current safety & industry standards

Agreement:

Subcontractor agrees that with the exception of General Conditions, Contractor is self-performing no work on this project and all work necessary to complete the project including that work that may not specifically be in the plans and specs but is required to complete and or facilitate the work is the responsibility of Subcontractor. The subcontractor who normally performs such work will be required to:

1. Comply with all applicable codes and industry standards.

2. Provide all labor, materials, tools, equipment and supervision to complete the project.

3. Subcontractor is required to remove and dispose of all generated debris off site Subcontractor is to leave site broom clean on a daily basis, or as directed by the Project Superintendent. Leaving debris will result in a $250.00 clean up /delay fee, per occurrence.

4. Subcontractor shall coordinate the work schedule, deliveries, installations, etc., with the Superintendent.

5. All material and labor unit prices are established by this contract.

Subcontractor_________
Saltaire_________

6. Sub-Contractor agrees to provide adequate manpower and material to meet the project schedule. If the sub-contractor requires overtime or weekend work to meet the project schedule, that work will be performed at the Subcontractor's expense.

7. Report any damage to other trade's finish materials immediately. Subcontractor is responsible for providing reasonable protection of their finish work, and materials stored on site. Subcontractor agrees that there may be some damage from other trades to their work and agrees to provide a reasonable amount of repair for no additional cost.

8. <u>All materials and/or equipment are the subcontractor's responsibility to secure until the materials and/or equipment is fully installed.</u>

9. Time is of the essence. Subcontractor will be responsible for the total cost of any delay caused by Subcontractor, and the cost of the Subcontractors work completed by others. In addition subcontractor will be responsible for the cost of other trades to accelerate their work to make up time, and the project management time associated with rescheduling or otherwise mitigating the delay.

10. Contractor reserves the right to remove any of the Subcontractors personnel for any safety, rules and regulations, or failure to follow the Superintendents directions.

11. Contractor may make changes to the scope of work. Change order profit, overhead and all fees are **<u>not to exceed 15% of direct costs</u>** of labor and materials included in the change order.

12. Radios, smoking inside or outside the building, foul language, littering, horseplay, are not allowed. A $250.00 fine and / or removal of the Subcontractors employee from the site may be imposed for each occurrence.

13. Subcontractor shall supply an e-mail address and cell number for the on-site representative.

NOTICE: In the event subcontractor is not performing, Contractor may perform subcontractors work. Contractor will attempt to, but is not required to provide notice

<u>PAYMENT TERMS:</u>

Subcontractor____
Saltaire____

Payment of contract is contingent upon Subcontractor's ability to meet schedule issued by the Contractor.

Retainage of ~~10%~~ 5% RS shall be kept by Contractor until final approval an acceptance of work.

Subcontractor shall provide payment application by the 25th. Of each month. Subcontractor shall only be paid for work that contractor has completed.

The "Subcontractor Application for Payment" is to be used. See attached. Payments will be made by the 10th of the following month

Payment Application to be e-mailed to Saltaire at ashley@saltaire.com

Contractor reserves the right to withhold payment to Subcontractor if in Contractors sole opinion Subcontractor is not performing its work per the contract agreement.

Progress payment for work does not constitute an acceptance of the work, but is rather an advance of funds, subject to final review and acceptance by Saltaire Craftsmen LLC.

After Final Payment is made Subcontractor shall supply a "UnConditional Final Lien Waiver and Release"

**SUBCONTRACTOR REPRESENTATIVES**

Subcontractor shall provide a competent representative to be on site at all times work is in progress. That person shall be Tyler Meyer,

contact info:

**home/office #**________ **cell #** 425-422-3205

**Email** Tyler_meyer212@hotmail.com

and in his absence, the representative shall be Andy Sole,

contact info:

**home/office#** 360-653-2565 **cell #** 425-422-3201

**Email** Snowcff@aol.com.

Subcontractor shall further employ only one of the two individuals listed above to inspect all Subcontractors work for quality and completeness. In the event that the Subcontractors Competent Representative is not available to perform this work then

Subcontractor RS
Saltaire________

Subcontractor himself shall perform this function. Subcontractor shall punch his own work and provide evidence of same prior to requesting Contractor to do so.

Subcontractor shall supply an e-mail address for accounting representative.

**Name:** Rita Seit **Email:** Ritsyrita@aol.com

SCHEDULE

Subcontractor will be provided a schedule. Subcontractors work must be performed within that schedule. The Subcontractor agrees to promptly begin work after notification to do so and to continue to do so with qualified workers so as to not delay the agreed upon schedule. Time is of the essence for this contract. In addition Subcontractor understands that the schedule may change and Subcontractor agrees to perform the work within the modified schedule.

Subcontractor understands that work may need to be performed out of typical sequence to accommodate preceding and succeeding trades in the construction critical path. Subcontractor will exercise best efforts at all times to compensate for any and all delays. Failure to meet the schedule or comply with the schedule provisions of the contract will be remedied as follows;

OBLIGATIONS AND RESPONSIBILITIES

**OF SALTAIRE**

Saltaire will make payment within the terms outlined in the Terms section of the SUBCONTRACT, if Owner has made payment to Saltaire for such work.

If Owner has not paid because Subcontractors work was faulty or incorrect, then Saltaire may delay payment to Subcontractor until both Owner and Saltaire have approved work.

**OF SUBCONTRACTOR**

Before Subcontractor begins work, Subcontractor is responsible for inspecting site and verifying that conditions are acceptable to install his work and that his work will not be compromised by out-of-level, misaligned, or otherwise improper work. Commencement of work denotes acceptance of as is conditions.

Subcontractor RS

Saltaire__________

The Subcontractor shall provide all safety equipment required to perform the work and comply with all applicable safety regulations. Subcontractor shall develop and enforce an accident prevention program in conjunction with a site-specific safety program consistent with the Washington Industrial Safety and Health Act. The Subcontractor shall comply, and shall enforce compliance with all safety rules promulgated pursuant to its accident prevention program or safety plan pursuant to WISHA requirements. Subcontractor shall have and enforce a disciplinary schedule that will be followed by sub-tier trade contractors in the event that safety violations are discovered, regardless of who makes the discovery. Appropriate disciplinary action shall not be contingent upon the issuance of a WISHA citation.

Subcontractor shall remain responsible for all taxes, licenses, fees, social security, workman's compensation, employee wages and benefits, unemployment taxes, and all other taxes, premiums, fines or assessments relating to the performance of the Subcontractors obligations to Saltaire Craftsmen, LLC and its' work under this contract.

Subcontractor unconditionally warrants their work for a period on one year, beginning upon the date of the approval by Owner.

Change Orders

Saltaire, without invalidating this SUBCONTRACT, may ask for additional work, make changes to the work, or deduct from the work.

All changes or additions will be approved in writing or via e-mail. Saltaire personnel are not authorized to approve additional work verbally.

INSURANCE

Subcontractor shall obtain and keep in force during the term of the SUBCONTRACT and supply a Certificate of Insurance stating the following:

| | General Liability | Employer's Liability | Automobile |
|---|---|---|---|
| Occurrence | $1,000,000 | $1,000,000/Accid | $1,000,000 |
| Aggregates | $2,000,000 Gen'l Agg<br>$2,000,000 Prod/Co Agg | $1,000,000/Policy Limit | |

*(Umbrella insurance may be used to fulfill part of these requirements)*

Subcontractor________
Saltaire________

In the event subcontractor does not meet all of the conditions , including the additional insured and waive of subrogation requirements than 1.5% of contract price will be deducte from subcontractor.

Additional Insured

Subcontractor's General Liability Policy must name Saltaire Craftsmen LLC,as an Additional Insured. The additional insured wording must be noted on the Certificate of Insurance provided to Saltaire prior to commencing work, and maintained throughout the duration of the work.

WAIVER of SUBROGATION

Subcontractor's General Liability Policy must include a Waiver of Subrogation(Waiver of Transfer of Rights of Recovery) endorsement in favor of Saltaire Craftsmen LLC. This must be noted on the Certificate of Insurance provided to us.

Subcontractor shall indemnify and hold Contractor harmless (including its agents, officers, and employees) against any claims for death or injury to persons, including Subcontractor's employees, and from all loss, damage, or injury to property, that may arise from subcontractor's work. In the case of any claim covered by the foregoing indemnity and caused by the concurrent or joint negligence of the Subcontractor and the General Contractor, or the concurrent negligence of the Subcontractor and third parties, the Subcontractor shall indemnify Contractor only to the extent and in an amount proportionate to the Subcontractor's negligence or the negligence of the Subcontractor's agents, officers, and employees, and Subcontractors.

The obligations under this indemnification shall not be limited by any workers' compensation, industrial insurance, or similar act. For the sole purpose of effecting the indemnification obligations under this Agreement and not for the benefit of Subcontractor's employees or any third parties unrelated to the Contractor or Subcontractor, Subcontractor hereby waives any immunity that may be granted it under the Washington Sate Industrial Insurance Act, title 51 RCW. Further, the indemnification obligations under this Agreement shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable to or for any third party under Worker Compensation Acts, Disability Benefit Acts, or other employee benefit acts. This waiver shall not apply to any claims brought by Subcontractor's employees directly against Subcontractor. This waiver has been mutually and specifically negotiated by the parties.

Subcontractor's duty to indemnify hereunder shall include all costs or expenses arising out of all claims specified herein, including by not limited to Contractor's

Subcontractor________
Saltaire___________

personnel related costs, all court and/or arbitration costs, filing fees, attorney's fees, and costs of settlement.
CONTRACTOR and SUBCONTRACTOR execute this agreement the

Twenty Third Day of January, 2015.

Saltaire Craftsmen, LLC
CONTRACTOR

By: ______________________
Project Manager – Signature

By: Kyle D. Willett
Printed Name

Superior Rail & Awning
SUBCONTRACTOR COMPANY NAME

BY: [signature]
Project Manager - Signature

By: Rita Sole
Printed Name