# EXHIBIT D

ARGO GROUP US
Get there together

# Privacy Policy

Argo Group US, Inc. ("Argo Group") recognizes the importance of maintaining the privacy of our customers and the confidentiality of each individual's nonpublic personal information, including Social Security numbers. We take seriously the responsibility that accompanies our collection of nonpublic personal information, including Social Security numbers. Accordingly, Argo's corporate policy is to protect the privacy and confidentiality of our consumers and their nonpublic personal information as required by law.

## Information Collection and Use

In order to conveniently and effectively provide and service the insurance products we sell, we may collect and use Social Security numbers and other nonpublic personal information. As such, this policy does not prohibit the collection or use of Social Security numbers and nonpublic personal information where legally authorized and/or required. This policy complies with the requirements of the Gramm-Leach-Bliley Act (GLBA) and applicable federal and state laws and regulations implementing the act. Such laws impose certain obligations upon third persons and organizations with which we share nonpublic personal information of our consumers, customers, former customers, or claimants. Accordingly, we prohibit the unauthorized disclosure of Social Security numbers and other protected nonpublic personal information, except as legally required or authorized.

## Information Sharing and Disclosure

Argo Group does not rent, sell or share your personally identifiable information with nonaffiliated third parties. Argo Group may, however, share personally identifiable information with third-party contractors. These third-party contractors are prohibited from using the information for purposes other than performing services for Argo Group. Argo Group may disclose your information to third parties when obligated to do so by law and to investigate, prevent, or take action regarding suspected or actual prohibited activities, including but not limited to fraud and situations involving the security of our operations and employees.

Finally, Argo Group may transfer information, including any personally identifiable information, to a successor entity in connection with a corporate merger, consolidation, sale of all or a portion of its assets, bankruptcy, or other corporate change.

## Security

In order to protect your nonpublic personal information, we limit access to nonpublic personal information by only allowing authorized personnel to have access to such information. Furthermore, we maintain physical, electronic and procedural security protections to safeguard the nonpublic personal information in our records. Documents that contain an individual's protected information are destroyed before disposal; this destruction process includes the shredding of print and disposable media and deletion of electronic media. Argo Group has security measures in place to protect the loss, misuse and alteration of the information under our control. Our hardware infrastructure is housed in a controlled access facility that restricts access to authorized individuals. The network infrastructure is protected by a firewall and traffic is monitored and logged both on the firewall and servers. Sensitive administrative activities are carried out over secure, encrypted links between our offices and hosting facility. Administrative

access is limited not only to authorized employees but also to specific remote administration protocols and IP addresses. All employees with access to personally identifiable information have been advised of Argo Group's security policies and practices. Argo Group will continue to conduct internal audits of its security systems and make all necessary enhancements to ensure the safety of the website and its users. No method of transmission over the Internet or method of electronic storage is 100% secure; therefore, while Argo Group uses commercially acceptable means to protect your information, we cannot guarantee absolute security.

Any Argo Group employee who becomes aware of the inappropriate use or disclosure of Social Security numbers and other protected nonpublic personal information is expected to immediately report such behavior to the General Counsel for further action.

**Corrected/Updated Information**

This policy applies to certain insureds of Argo Group, including but not limited to worker's compensation claimants. If you have any questions about this Privacy Policy, please contact:

General Counsel
Argo Group US, Inc.
P.O. Box 469011
San Antonio, Texas 78246
(210) 321-8400

*Note: Argo Group is the parent of Argonaut Insurance Company; Argonaut-Southwest Insurance Company; Argonaut-Midwest Insurance Company; Argonaut Great Central Insurance Company; Argonaut Limited Risk Insurance Company; ARIS Title Insurance Corporation; Select Markets Insurance Company; Colony Insurance Company; Colony Specialty Insurance Company; Peleus Insurance Company (fka Colony National Insurance Company); Rockwood Casualty Insurance Company; Somerset Casualty Insurance Company; Grocers Insurance Agency, Inc.; Central Insurance Management, Inc.; Alteris Insurance Services, Inc.; Trident Insurance Services, LLC; Commercial Deposit Insurance Agency, Inc.; Sonoma Risk Management, LLC; John Sutak Insurance Brokers, Inc.; Colony Management Services, Inc.; Argonaut Management Services, Inc.; and Argonaut Claims Management, LLC. This Privacy Policy applies to all companies and business produced or underwritten within Argo Group.

# COMMERCIAL EXCESS LIABILITY POLICY DECLARATIONS

**COLONY INSURANCE COMPANY**
**PO BOX 85122**
**RICHMOND, VA 23285**

**POLICY NUMBER:**
XS174098

**RENEWAL OF:**
NEW

*Issued by the stock insurance company noted above, herein called the company.*

**AGENT NAME AND ADDRESS**

R-T SPECIALTY, LLC (SAN FRANCISCO)
ONE EMBARCADERO CENTER, SUITE 2700
SAN FRANCISCO, CA 94111

Agent No. 04264

**ITEM 1. NAMED INSURED AND MAILING ADDRESS**

SALTAIRE CRAFTSMEN, LLC
SALTAIRE CONSTRUCTION, LLC, URBAN CABINET COMPANY, INC.
19300 144TH AVENUE NE, STE D & E
WOODINVILLE, WA 98072

**ITEM 2. POLICY PERIOD**

From: 01/23/2019 To: 12/01/2019
12:01 A.M. Standard Time at your mailing address shown above

**ITEM 3. LIMITS OF INSURANCE:**

A. Each Occurrence Limit.............................................................. $ 2,000,000.00
B. Aggregate Limit.......................................................................... $ 2,000,000.00

**ITEM 4. SCHEDULE OF UNDERLYING INSURANCE:**

See Schedule of Underlying Insurance

**ITEM 5. PREMIUM COMPUTATION:**

Premium: $ XXXXX

Premium charge for coverage of certified acts of terrorism:
(Per Policyholder Disclosure Notice attached.) $ ______

OR

Coverage for certified acts of terrorism has been rejected; exclusion attached. [X]
(Per Policyholder Disclosure Notice attached.)

**TOTAL POLICY PREMIUM:** $ XXXXX

**ITEM 6. ENDORSEMENTS ATTACHED TO THE POLICY AT INCEPTION**

See Form U001 – Schedule of Forms And Endorsements

Countersigned: ______________________ By: ______________________
Date Authorized Representative

THIS DECLARATIONS, TOGETHER WITH THE COMMERCIAL EXCESS LIABILITY COVERAGE FORM AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

# SIGNATURE PAGE

IN WITNESS WHEREOF, the company issuing this policy has caused this policy to be signed by its President and its Secretary and countersigned (if required) on the Declarations page by a duly authorized representative of the company. This endorsement is executed by the company stated in the Declarations.

Colony Insurance Company

**President** **Secretary**

Insured: SALTAIRE CRAFTSMEN, LLC U001 (10/04)
Policy Number: XS174098

# SCHEDULE OF FORMS AND ENDORSEMENTS

Forms and Endorsements applying to and made part of this policy at the time of issuance:

| NUMBER | TITLE |
|---|---|
| FORMS APPLICABLE - | COMMERCIAL EXCESS LIABILITY POLICY |
| XSDEC-0815 | COMMERCIAL EXCESS LIABILITY POLICY DECLARATIONS |
| CX2101-0908 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| CX2103-0413 | TOTAL POLLUTION EXCLUSION WITH A HOSTILE FIRE EXCEPTION |
| CX2113-0413 | EXCLUSION - FUNGI OR BACTERIA |
| CX2116-0413 | EXCLUSION - SILICA OR SILICA-RELATED DUST |
| CX2119-0413 | EXCLUSION - EMPLOYMENT-RELATED PRACTICES |
| CX2120-0413 | EXCLUSION - PROFESSIONAL SERVICES |
| CX2171-0615 | EXCLUSION-UNMANNED AIRCRAFT |
| ILN142-0606 | WASHINGTON FRAUD STATEMENT |
| ILP001-0104 | U.S. TREASURY DEPT'S “OFAC” ADVISORY NOTICE TO POLICYHOLDERS |
| PRIVACYNOTICE-0415 | PRIVACY NOTICE |
| SCHEDULEXSPRIM-0815 | SCHEDULE OF UNDERLYING INSURANCE |
| SIGCIC-0817 | SIGNATURE PAGE |
| TRIANOTICEB-0417 | POLICYHOLDER DISCLOSURE-NOTICE OF TERRORISM INSURANCE COVERAGE |
| U094-0415 | SERVICE OF SUIT |
| XP03-0815 | EXCLUSION - CARE, CUSTODY OR CONTROL |
| XP103-0815 | EXCLUSION - CROSS SUITS |
| XP125-0815 | EXCLUSION - RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW |
| XP165-0815 | WAIVER OF SUBROGATION - RECOVERIES |
| XP200-0815 | EXCLUSION - WAR |
| XP212-0815 | EXCLUSION - LEAD |
| XP2128B-0815 | CERTIFIED ACTS OF TERRORISM AND OTHER ACTS OF TERRORISM EXCLUSION |
| XP213-0815 | EXCLUSION - BENZENE |
| XP239-0815 | WASHINGTON CHANGES |
| XP258-0815 | EXCLUSION - CYBER INJURY |
| XP280-0815 | MINIMUM EARNED PREMIUM |
| XP293-0815 | OTHER INSURANCE - PRIMARY AND NON-CONTRIBUTORY |
| XP40-0815 | EXCLUSION - E.R.I.S.A. |
| XP46-0815 | EXCLUSION - DIRECTORS AND OFFICERS LIABILITY |
| XP51-0815 | EXCLUSION - USL&H, JONES ACT OR OTHER MARITIME LAWS |
| XP77-0815 | EXCLUSION - PUNITIVE, EXEMPLARY OR MULTIPLE DAMAGES |
| XP78-0815 | EXCLUSION - AIRCRAFT PRODUCTS AND GROUNDING |
| XPCOVFORM-0815 | COMMERCIAL EXCESS LIABILITY COVERAGE FORM |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT

If service of process is to be made upon the Company by way of hand delivery or courier service, delivery should be made to the Company's principal place of business:

Claims Manager
Colony Insurance Company,
Colony Specialty Insurance Company, or
Peleus Insurance Company
8720 Stony Point Parkway, Suite 400
Richmond, Virginia 23235

If service of process is to be made upon the Company by way of the U.S. Postal Service, the following mailing address should be used:

General Counsel
Colony Insurance Company,
Colony Specialty Insurance Company, or
Peleus Insurance Company
P.O. Box 469011
San Antonio, Texas 78246

Where required by statute, regulation, or other regulatory directive, the Company appoints the Commissioner of Insurance, or other designee specified for that purpose, as its attorney for acceptance of service of all legal process in the state in any action or proceeding arising out of this insurance.

The Commissioner or other designee is requested to forward process to the Company as shown above, or if required in his/her particular state, to a designated resident agent for service of process.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

# SCHEDULE OF UNDERLYING INSURANCE

This Schedule forms a part of your Excess Policy Number: XS174098

Coverage only applies in excess of those policies and limits scheduled below:

**Automobile Liability**

Insurance Company: ☐ Primary ☐ Excess
Effective from: to
Policy Number:

Combined Single Limit: $
Underlying Notes:

---

**Commercial General Liability**

Insurance Company: COLONY ☒ Primary ☐ Excess
Effective from: ON FILE to ON FILE
Policy Number: ON FILE WITH COMPANY

| | |
|---|---|
| $ 2,000,000.00 | General Aggregate Limit (Other than Products/Completed Operations) |
| $ 2,000,000.00 | Products/Completed Operations Aggregate Limit |
| $ 1,000,000.00 | Personal and Advertising Injury Limit |
| $ 1,000,000.00 | Each Occurrence Limit |
| $ | Other: |

Underlying Notes:

---

**Products/Completed Operations Liability**

Insurance Company: ☐ Primary ☐ Excess
Effective from: to
Policy Number:

| | |
|---|---|
| $ | Each Occurrence |
| $ | Aggregate Limit |
| $ | Other: |

Underlying Notes:

---

**Employers' Liability**

Insurance Company: ☐ Primary ☐ Excess
Effective from: to
Policy Number:

Minimum Applicable Limits:

| | | |
|---|---|---|
| Bodily Injury by Accident | $ | Each Accident |
| Bodily Injury by Disease | $ | Policy Limit |
| Bodily Injury by Disease | $ | Each Employee |

---

**Stop Gap – Employers' Liability**

Insurance Company: COLONY ☒ Primary ☐ Excess
Effective from: ON FILE to ON FILE
Policy Number: ON FILE WITH COMPANY

Minimum Applicable Limits:

| | | |
|---|---|---|
| Bodily Injury by Accident | $ 1,000,000.00 | Each Accident |
| Bodily Injury by Disease | $ 1,000,000.00 | Policy Limit |
| Bodily Injury by Disease | $ 1,000,000.00 | Each Employee |

States Where Coverage Applies: WA

# SCHEDULE OF UNDERLYING INSURANCE

Employee Benefits Liability

Insurance Company: COLONY — ☒ Primary ☐ Excess

Effective from: ON FILE to ON FILE

Policy Number: ON FILE WITH COMPANY

$ 1,000,000.00 Each Claim

$ 1,000,000.00 Aggregate

Coverage Trigger : ☐ Occurrence ☒ Claims Made Retro Date (if any) : 12/01/2018

Defense Costs: ☒ Within Limits ☐ Outside Limits

Underlying Notes:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(BROAD FORM)**

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions:**

2. **Exclusions**

**NUCLEAR ENERGY LIABILITY**

**a.** Under any Liability Coverage, to "injury or damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**b.** Under any Liability Coverage, to "injury or damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an insured or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an insured; or

**(3)** The "injury or damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to property damage to such "nuclear facility" and any property thereat.

**c.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

 © ISO Properties, Inc., 2007 

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Injury or damage" includes all forms of radioactive contamination of property.


© ISO Properties, Inc., 2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION WITH A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

Exclusion **c.** under Paragraph **2. Exclusions** of **Section I – Coverages** is replaced by the following:

Insurance provided under this Coverage Part does not apply to:

**2. Exclusions**

**c. Pollution**

**(1)** "Injury or damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

Paragraph **c.(1)** does not apply to "injury or damage" arising out of heat, smoke or fumes from a hostile fire unless that hostile fire occurred or originated:

**(a)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(b)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, pollutants.

For the purposes of this insurance, hostile fire means one that becomes uncontrollable or breaks out from where it is intended to be.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, pollutants.

 © Insurance Services Office, Inc., 2012 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – FUNGI OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to:

**Fungi Or Bacteria**

**a.** "Injury or damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such "injury or damage".

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following definition is added to the **Definitions** section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

 © Insurance Services Office, Inc., 2012 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – SILICA OR SILICA-RELATED DUST

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to:

**Silica Or Silica-related Dust**

**a.** "Injury or damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following definitions are added to the **Definitions** section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

 © Insurance Services Office, Inc., 2012 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – EMPLOYMENT-RELATED PRACTICES

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to "injury or damage" to:

**a.** A person arising out of any:

**(1)** Refusal to employ that person;

**(2)** Termination of that person's employment; or

**(3)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**b.** The spouse, child, parent, brother or sister of that person as a consequence of "injury or damage" to that person at whom any of the employment-related practices described in Paragraph **(1), (2)** or **(3)** above is directed.

This exclusion applies whether the injury-causing event described in Paragraph **(1), (2)** or **(3)** above occurs before employment, during employment or after employment of that person.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

 © Insurance Services Office, Inc., 2012 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to "injury or damage" due to the rendering of or failure to render any professional service. This includes but is not limited to:

**a.** Legal, accounting or advertising services;

**b.** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings or specifications;

**c.** Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager;

**d.** Engineering services, including related supervisory or inspection services;

**e.** Medical, surgical, dental, X-ray or nursing services treatment, advice or instruction;

**f.** Any health or therapeutic service treatment, advice or instruction;

**g.** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy;

**h.** Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardiovascular fitness, bodybuilding or physical training programs;

**i.** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**j.** Body piercing services;

**k.** Services in the practice of pharmacy;

**l.** Law enforcement or firefighting services; and

**m.** Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "event" which caused the "injury or damage" involved the rendering of or failure to render any professional service.

 © Insurance Services Office, Inc., 2012 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to:

**Unmanned Aircraft**

"Injury or damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and loading or unloading.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "event" which caused the "injury or damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

As used in this exclusion, loading or unloading means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an "unmanned aircraft";

**b.** While it is in or on an "unmanned aircraft"; or

**c.** While it is being moved from an "unmanned aircraft" to the place where it is finally delivered;

but loading or unloading does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the "unmanned aircraft".

**B.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

 © Insurance Services Office, Inc., 2014 

# WASHINGTON FRAUD STATEMENT

It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines, and denial of insurance benefits.

 © ISO Properties, Inc., 2006 

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

 © ISO Properties, Inc., 2004 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CARE, CUSTODY OR CONTROL

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**SCHEDULE**

| **Description of Property:** |
|---|
| Real and Personal |

**SECTION I – COVERAGES, 2. Exclusions** is amended and the following added:

This insurance does not apply to:

**Care, Custody or Control**

any claim for "injury or damage" to property described above, if the property is in the care, custody or control of the insured.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CROSS SUITS

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**SECTION I – COVERAGES, 2. Exclusions** is amended and the following added:

This insurance does not apply to:

**Cross Suits**

any claim for "injury or damage" brought by any Named Insured against any other Named Insured.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW

This endorsement modifies insurance provided under the following:

COMMERICAL EXCESS LIABILITY COVERAGE FORM

**SECTION I – COVERAGES, 2. Exclusions** is amended and the following added:

This insurance does not apply to:

**Recording And Distribution Of Material Or Information In Violation Of Law**

any claim for "injury or damage" arising out of any action or omission that violates or is alleged to violate:

**(1)** the Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** the CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** the Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAIVER OF SUBROGATION – RECOVERIES

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**SECTION III – CONDITIONS, 12. Subrogation – Recoveries** is amended and the following added:

We will waive any right of recovery we may have against any person or organization because of payments we make for "injury or damage" provided you agreed to provide such waiver in a written contract that is signed and executed prior to any loss to which this insurance applies. This waiver will only apply where the "underlying insurance" also contains a waiver of such right of recovery.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – WAR

This endorsement modifies insurance provided under the following:

COMMERICAL EXCESS LIABILITY COVERAGE FORM

**SECTION I – COVERAGES, 2. Exclusions** is amended and the following added:

This insurance does not apply to:

**War**

any claim for "injury or damage" arising out of:

**(1)** war, including undeclared or civil war;

**(2)** warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – LEAD

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**SECTION I – COVERAGES, 2. Exclusions** is amended and the following added:

This insurance does not apply to:

**Lead**

**(1)** any claim for "injury or damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, lead in any form.

**(2)** any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, lead in any form, by any insured or by any other person or entity.

This exclusion shall apply without regard to the source or sources of lead, or the basis of the insured's liability. This exclusion includes defects or negligence in design, construction or materials, or any other "event", conduct or misconduct, which may have or is claimed to have precipitated, caused or acted jointly, concurrently or in any sequence with lead in any form in causing "injury or damage".

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CERTIFIED ACTS OF TERRORISM AND OTHER ACTS OF TERRORISM EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERICAL EXCESS LIABILITY COVERAGE FORM

A. **SECTION I – COVERAGES, 2. Exclusions** is amended and the following added:

This insurance does not apply to:

**Terrorism and Punitive Damages**

any claim for "injury or damage" arising out of:

**(1)** a "certified act of terrorism" or an "other act of terrorism", including any action taken in hindering or defending against an actual or expected incident of a "certified act of terrorism" or an "other act of terrorism"; or

**(2)** any act of terrorism:

**(a)** that involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**(b)** that is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**(c)** in which pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials;

regardless of any other cause or event that contributes concurrently or in any sequence to the "injury or damage" in **(1)** or **(2)** above; including

**(3)** damages arising out of **(1)** or **(2)** above that are awarded as punitive damages.

B. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this policy.

C. **SECTION IV – DEFINITIONS** is amended and the following added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** the act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** the act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

"Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism". Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – BENZENE

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**SECTION I – COVERAGES, 2. Exclusions** is amended and the following added:

This insurance does not apply to:

**Benzene**

**(1)** any claim for "injury or damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, benzene in any form.

**(2)** any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, benzene in any form, by any insured or by any other person or entity.

This exclusion shall apply without regard to the source or sources of benzene, or the basis of the insured's liability. This exclusion includes defects or negligence in design, construction or materials, or any other "event", conduct or misconduct, which may have or is claimed to have precipitated, caused or acted jointly, concurrently or in any sequence with benzene in any form in causing "injury or damage".

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WASHINGTON CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

A. **SECTION III – CONDITIONS**, Item **4. First Named Insured Duties** is deleted and replaced by the following:

**4. First Named Insured Duties**

The first Named Insured is the person or organization first named in the Declarations and is responsible for the payment of all premiums. The first Named Insured will act on behalf of all other Named Insureds for the receipt of any return premium that may become payable.

At our request, the first Named Insured will furnish us, as soon as practicable, with a complete copy of any "controlling underlying insurance" and any subsequently issued endorsements or policies which may in any way affect the insurance provided under this Coverage Form.

B. **SECTION III – CONDITIONS**, Item **5. Cancellation** is deleted and replaced by the following:

**5. Cancellation**

**a.** The first Named Insured shown in the Declarations may cancel this policy by notifying us or the insurance producer in one of the following ways:

**(1)** Written notice by mail, fax or email;

**(2)** Surrender of the policy or binder; or

**(3)** Verbal notice.

Upon receipt of such notice, we will cancel this policy or any binder issued as evidence of coverage, effective on the later of the following:

**(1)** The date on which notice is received or the policy or binder is surrendered; or

**(2)** The date of cancellation requested by the first Named Insured.

**b.** We may cancel this policy by mailing or delivering to the first Named Insured and the first Named Insured's agent or broker written notice of cancellation, including the actual reason for the cancellation, to the last mailing address known to us, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 45 days before the effective date of cancellation if we cancel for any other reason;

except as provided in Paragraph **c.** below.

**c.** If:

**(1)** You are an individual;

**(2)** A covered auto you own is of the private passenger type; and

**(3)** The policy does not cover garage, automobile sales agency, repair shop, service station or public parking place operations hazards;

we may cancel the Coverage Form by mailing or delivering to the first Named Insured and the first Named Insured's agent or broker written notice of cancellation, including the actual reason for cancellation, to the last mailing address known to us:

**(1)** At least 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** At least 10 days before the effective date of cancellation for any other reason if the policy is in effect less than 30 days; or

**(3)** At least 20 days before the effective date of cancellation for other than nonpayment if the policy is in effect 30 days or more; or

**(4)** At least 20 days before the effective date of cancellation if the policy is in effect for 60 days or more or is a renewal or continuation policy, and the reason for cancellation is that your driver's license or that of any driver who customarily uses a covered "auto" has been suspended or revoked during the policy period.

**d.** We will also mail or deliver to any mortgageholder, pledgee or other person shown in this policy to have an interest in any loss which may occur under this policy, at their last mailing address known to us, written notice of cancellation, prior to the effective date of cancellation. This notice will be the same as that mailed or delivered to the first Named Insured.

**e.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**f.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be at least 90% of the pro rata refund unless the following applies:

If:

**(1)** You are an individual;

**(2)** A covered auto you own is of the private passenger type;

**(3)** The policy does not cover garage, automobile sales agency, repair shop, service station or public parking place operations hazards; and

**(4)** The first Named Insured cancels;

the refund will be not less than 90% of any unearned portion not exceeding $100, plus 95% of any unearned portion over $100 but not exceeding $500, and not less than 97% of any unearned portion in excess of $500.

The cancellation will be effective even if we have not made or offered a refund.

**g.** If notice is mailed, proof of mailing will be sufficient proof of notice.

C. **SECTION III – CONDITIONS**, Item **6. Changes** is deleted and replaced by the following:

**6. Changes**

The Coverage Form contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this Coverage Form with our consent. This Coverage Form's terms can be amended or waived only by endorsement issued by us and made a part of this Coverage Form.

D. **SECTION III – CONDITIONS**, Item **9. Policy Premium** is amended to include the following:

If this policy is auditable, the premium shown in this Coverage Form as advance premium is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The rating basis and rate upon which the premium is determined is dependent on the applicable "controlling underlying insurance". The due date for audit premium is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

E. **SECTION III – CONDITIONS**, Item **13. When We Do Not Renew** is deleted and replaced by the following:

**13. Nonrenewal**

We may elect not to renew this Coverage Form by mailing or delivering written notice of nonrenewal, stating the reasons for nonrenewal, to the first Named Insured and the first Named Insured's agent or broker, at their last mailing addresses known to us. We will also mail to any mortgageholder, pledgee or other person shown in this policy to have an interest in any loss which may occur under this policy, at their last mailing address known to us, written notice of nonrenewal. We will mail or deliver these notices at least 45 days before the:

**a.** Expiration of the Coverage Form; or

**b.** Anniversary date of this Coverage Form if this Coverage Form has been written for a term of more than one year.

Otherwise, we will renew this Coverage Form unless:

**a.** The first Named Insured fails to pay the renewal premium after we have expressed our willingness to renew, including a statement of the renewal premium, to the first Named Insured and the first Named Insured's insurance agent or broker, at least 20 days before the expiration date;

**b.** Other coverage acceptable to the insured has been procured prior to the expiration date of the Coverage Form; or

**c.** The Coverage Form clearly states that it is not renewable and is for a specific line, subclassification or type of coverage that is not offered on a renewable basis.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CYBER INJURY

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

A. **SECTION I – COVERAGES, 2. Exclusions** is amended and the following added:

This insurance does not apply to:

**Cyber Injury**

any "injury or damage" arising out of "cyber injury".

B. **SECTION IV – DEFINITIONS** is amended and the following added:

"Cyber Injury" means any actual or suspected, intentional or unintentional, breach of any data, software or hardware, wherever located, that results in:

**a.** loss, destruction, disclosure, disruption, inspection, modification, recording, release, review or use of "personal information";

**b.** inability to access any website or any electronic system;

**c.** release, introduction or facilitation of any "malicious code";

**d.** forensic or investigative expenses;

**e.** extortion or terrorism acts or threats;

**f.** monitoring or notification costs or expenses;

**g.** crisis management or public relations expenses;

**h.** data or system recovery, repair, replacement or restoration expenses; or

**i.** business interruption expenses.

"Malicious code" includes, but is not limited to, any virus, Trojan horse, worm, spyware, logic bomb, adware, malware or other similar software program.

"Personal information" means any personal or personally, identifiable or identifying information, as defined by federal, state or local laws, statutes or regulations.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINIMUM EARNED PREMIUM

A. **SECTION III – CONDITIONS, 5. Cancellation** is amended and the following added:

**5. Cancellation**

**a.** If you cancel this policy, the return premium will be 90% of the unearned premium. However, as a minimum earned premium, we will retain no less than 25% of the policy premium.

**b.** If we cancel the policy:

**(1)** for the following reasons:

**(a)** non-payment of premium;

**(b)** for any of the reasons stated in any separately attached Cancellation Endorsement that provide a 10 days notice of cancellation; or

**(c)** for the reasons stated in an amendatory state specific cancellation endorsement (up to and including 30 days notice);

the earned premium will be computed pro rata based on the length of the cancelled policy term; however, as a minimum earned premium, we will retain no less than 25% of the policy premium; or

**(2)** for any reason other than those identified in subparagraph **b.(1)** above, the earned premium will be computed pro rata based on the length of the cancelled policy term and the minimum earned premium as stated in **b.(1)** shall not apply.

Any unearned premium will be returned as soon as practicable.

**c.** If the policy is a project specific policy where coverage is designated for specified locations and the policy period is in excess of one year, regardless of who initiates cancellation of the policy, the policy premium will be deemed fully earned with no return premium to be provided upon cancellation at the earliest of the following:

**(1)** point in which 75% of the policy period has passed;

**(2)** 12 months of the policy period has passed; or

**(3)** the project has reached a level of "substantial completion" following construction or renovation.

B. **SECTION IV – DEFINITIONS** has been amended and the following added:

"Substantial completion" means the earliest of the following:

**a.** The date of use or occupancy of one or more of the locations of the specified project occurs;

**b.** A temporary or permanent certificate of occupancy has been issued;

**c.** The date of the final inspection of the construction project by the applicable public agency occurs; or

**d.** The final cost of construction is at least 90% of the estimated construction cost upon which this policy premium was based.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OTHER INSURANCE – PRIMARY AND NON-CONTRIBUTORY

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**SECTION III – CONDITIONS, 8. Other Insurance** is amended and the following added:

With the exception of other insurance written specifically to be "underlying insurance" to this Policy, this insurance shall be primary and non-contributory as respects to any contract or agreement you have agreed to in writing that this insurance would be primary and would not seek contribution from any other insurance.

All "applicable underlying insurance" must also provide coverage on a primary and non-contributory basis in order for this condition to apply.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – E.R.I.S.A.

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**SECTION I – COVERAGES, 2. Exclusions** is amended and the following added:

This insurance does not apply to:

**Employees' Retirement Income Security Act (E.R.I.S.A.)**

any actual or alleged violation or obligation of any insured under the Employees' Retirement Income Security Act (E.R.I.S.A.) and any amendments thereto or any similar federal, state or local statute.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DIRECTORS AND OFFICERS LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**SECTION I – COVERAGES, 2. Exclusions** is amended and the following added:

This insurance does not apply to:

**Directors And Officers Liability**

any claim for "injury or damage" arising out of any actual or alleged breach of duty, misstatement or misleading statement, malfeasance, misfeasance, or nonfeasance by your directors or officers, individually or collectively, in the discharge of their duties on behalf of any insured.

No coverage is provided for any obligations an insured or your directors or officers have under any insured contract or any other contract or agreement to indemnify or defend any director or officer from such claims or suits.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.


Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – USL&H, JONES ACT OR OTHER MARITIME LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**SECTION I – COVERAGES, 2. Exclusions** is amended and the following added:

This insurance does not apply to:

**USL&H, Jones Act or Other Maritime Laws**

any claim for "injury or damage" arising out of:

**(1)** operations over navigable waters or offshore, including, but not limited to, drilling and production platforms, pipelines, and vessels, where coverage is provided by the U.S. Longshore & Harbor Workers Compensation Act (USL&H), Merchant Marine Act ("Jones Act") or other maritime laws and any amendments to those laws;

**(2)** actions, including, but not limited to, subrogation involving U.S. Longshore & Harbor Workers Compensation Act (USL&H), Merchant Marine Act ("Jones Act") or other maritime laws and any amendments to those laws; or

**(3)** any obligation of the insured resulting from actions under the U.S. Longshore & Harbor Workers Compensation Act (USL&H), Merchant Marine Act ("Jones Act") or other maritime laws and any amendments to those laws.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – PUNITIVE, EXEMPLARY OR MULTIPLE DAMAGES

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**SECTION I – COVERAGES, 2. Exclusions** is amended and the following added:

This insurance does not apply to:

**Punitive, Exemplary or Multiple Damages**

any claim for or awards of:

**(1)** punitive or exemplary damages;

**(2)** multiple damages or any portion thereof; or

**(3)** equitable or non-pecuniary relief;

including any fines, penalties, court imposed sanctions, return or restitution of legal fees, costs or other expenses associated with such awards.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – AIRCRAFT PRODUCTS AND GROUNDING

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

A. **SECTION I – COVERAGES, 2. Exclusions** is amended and the following added:

This insurance does not apply to:

**Aircraft Products and Grounding**

any claim for "injury or damage" arising out of:

**(1)** any "aircraft product" or the "grounding" of any aircraft, missile or spacecraft; or

**(2)** your work on any "aircraft product".

B. **SECTION IV – DEFINITIONS** is amended and the following added:

"Aircraft product" means:

**a.** aircraft, missile or spacecraft, and any ground support or control equipment used therewith;

**b.** any article furnished by you or on your behalf and installed in an aircraft, missile or spacecraft or used in connection with an aircraft, missile or spacecraft or for spare parts for an aircraft, missile or spacecraft;

**c.** any of your products used for the purpose of guidance, navigation or direction of an aircraft, missile or spacecraft; or

**d.** any training aids, instructions, manuals, blueprints, engineering or other data, engineering or other advice and services and labor relating to such aircraft, missile or spacecraft, articles or products.

"Grounding" means:

**a.** the withdrawal of one or more aircraft from flight operations; or

**b.** the imposition of speed, passenger or load restrictions on such aircraft;

by reason of the existence of or alleged or suspected existence of any defect, fault or condition in such aircraft, missile or spacecraft, or any part thereof whether such aircraft, missile or spacecraft so withdrawn are owned or operated by the same or different persons, organizations or corporations.

A grounding will be deemed to commence on the earlier of:

**(1)** the date of an occurrence which discloses such defect, fault or conditions; or

**(2)** on the date an aircraft, missile or spacecraft is first withdrawn from service due to such defect, fault or condition.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# COMMERCIAL EXCESS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words “you” and “your” refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words “we”, “us” and “our” refer to the company providing this insurance. The word “insured” means any person or organization qualifying as such under the “applicable underlying insurance”.

Other words and phrases that appear in quotation marks in this policy have special meaning. Refer to **SECTION IV – DEFINITIONS**. Other words and phrases that are not defined under this policy but defined in the “applicable underlying insurance” will have the meaning described in the policy of “underlying insurance”.

The insurance provided under this policy will follow the same provisions, exclusions and limitations that are contained in the “applicable underlying insurance”, unless otherwise directed by this insurance. To the extent such provisions differ or conflict, the provisions of this policy will apply. However, this policy will not provide coverage for an “event” unless all the “applicable underlying insurance” provides coverage for the “event”. Under no circumstances will coverage provided by this policy ever be broader than coverage provided by all the “applicable underlying insurance”.

## SECTION I – COVERAGES

### 1. Insuring Agreement

**a.** We will pay on behalf of the insured the “ultimate net loss” in excess of the “retained limit” because of “injury or damage” for which the insured is legally obligated to pay and to which this insurance applies.

We have no duty to investigate any claim, suit or proceeding or defend under this policy. However, at our sole discretion we have the right and will be given the opportunity to effectively associate in the defense or investigation of any claim, suit or proceeding. At our sole discretion we also have the right to assume charge of, negotiate and settle any claim, suit or proceeding to which this policy applies. In all such circumstances the insured will cooperate with us fully.

But:

(1) The amount we will pay for “ultimate net loss” is limited as described in **SECTION II – LIMITS OF INSURANCE**, and

(2) Our right to defend terminates when we have exhausted the applicable limit of insurance in the payment of “ultimate net loss” under this Coverage Part. However, if any policy of “underlying insurance” specifies that limits are reduced by defense expenses, our right to defend terminates when we have used up the applicable limit of insurance in the payment of “ultimate net loss” under this Coverage Part.

**b.** An additional insured under “applicable underlying insurance” will automatically be an additional insured under this insurance. If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the lessor of the amount of insurance required by the contract or available under the limits of insurance provided under this policy, less any amounts payable by any “underlying insurance”.

Additional insured coverage provided by this insurance will not be broader than coverage provided by all “applicable underlying insurance”.

### 2. Exclusions

The following exclusions, and any other exclusions added by endorsement, apply to this policy. If any exclusion of “underlying insurance” conflicts with any exclusion in this policy, that exclusion of this policy will apply. However, if that exclusion would result in broader coverage than is provided by the “underlying insurance”, the exclusion of the “underlying insurance” will apply. This policy will not provide broader coverage than that provided by all “applicable underlying insurance”.

This insurance does not apply to:

 Includes copyrighted material of Insurance Services Offices, Inc., with its permission. 

**a. Medical Payments**

Medical payments coverage, medical expenses coverage, or associated expenses that are provided without regard to fault, whether or not provided by the "applicable underlying insurance".

**b. Auto**

Any loss, cost or expense payable under or resulting from any of the following auto coverages:

**(1)** First-party physical damage coverage;

**(2)** No-fault coverage;

**(3)** Personal injury protection or auto medical payments coverage; or

**(4)** Uninsured or underinsured motorists coverage.

**c. Pollution**

**(1)** "Injury or damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

**(2)** Any loss, cost or expense arising out of any:

**a.** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants; or

**b.** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, pollutants.

This exclusion does not apply to the extent that valid "applicable underlying insurance" for the pollution liability risks described above exists or would have existed but for the exhaustion of underlying limits for "injury or damage".

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Asbestos**

**(1)** any claim for "injury or damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, asbestos in any form.

**(2)** any damages, loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, asbestos in any form, by any insured or by any other person or entity.

**(3)** any claim or suit by or on behalf of a governmental authority for damages, loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, asbestos in any form, by any insured or by any other person or entity.

This exclusion shall apply without regard to the source or sources of asbestos, or the basis of the insured's liability. This exclusion includes defects or negligence in design, construction or materials, or any other event, conduct or misconduct, which may have or is claimed to have precipitated, caused or acted jointly, concurrently or in any sequence with asbestos in any form in causing "injury or damage".

**f. Obligations of "Underlying Insurance"**

"Injury or damage" for which the liability or obligation under "underlying insurance" is unlimited by law.

**g. Pre-Existing Damage or Injury**

**(1)** Any "injury or damage," whether such "injury or damage" is known or unknown:

**a.** Which first occurred prior to the inception date of this policy (or the retroactive date of this policy, if any, whichever is earlier); or

**b.** Which is, or alleged to be, in the process of occurring at the inception date of the policy (or the retroactive date of this policy, if any, whichever is earlier) even if the "event" continues during this policy period.

**(2)** Any "injury or damage," whether known or unknown, which is in the process of

settlement, adjustment or suit as of the inception date of this policy (or the retroactive date of this policy, if any, whichever is earlier).

"Injury or damage" which first occurs during this policy period includes any continuation, change or resumption of that "injury or damage" after the end of this policy period.

**h. Sublimited Coverage**

Any coverage in any "underlying insurance" which is subject to reduced limits of insurance different from the limits of insurance stated in the Schedule of Underlying Insurance, whether it be referred to as a sublimit, or any other basis.

## SECTION II – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations, and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or suits brought, or number of vehicles involved;

**c.** Persons or organizations making claims or bringing suits; or

**d.** Coverages or limits available under any "underlying insurance".

**2.** The Limits of Insurance of this policy will apply as follows:

**a.** This insurance only applies in excess of the "retained limit".

**b.** The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss", for all "injury or damage" covered under this policy.

However, this Aggregate Limit only applies to "injury or damage" that is subject to an aggregate limit of insurance under the "applicable underlying insurance".

**c.** Subject to Paragraph **2.b.** above, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" under this insurance because of all "injury or damage" arising out of any one "event".

**d.** If the Limits of Insurance of any "applicable underlying insurance" are reduced by defense expenses by the terms of that policy, any payments for defense expenses we make will reduce our applicable Limits of Insurance.

**3.** If any "underlying insurance" has a policy period that is different from the policy period of this policy then, for the purposes of this insurance, the "retained limit" will only be reduced or exhausted by payments made for "injury or damage" covered under this insurance during the policy period of this policy.

**4.** The limits of "underlying insurance" will not be deemed to be reduced or exhausted by payments for "injury or damage" not covered under this policy.

The Aggregate Limit of this policy applies separately to each consecutive annual period of this policy and to any remaining period of this policy of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION III – CONDITIONS

The following Conditions apply. In addition, the Conditions applicable to any "underlying insurance" are also applicable to the coverage provided under this insurance. To the extent such conditions differ or conflict, the conditions of this policy will apply.

**1. Appeals**

If any "underlying insurer" or insured elects not to appeal a judgment in excess of the amount of the "retained limit", we may do so at our own expense. We will also pay for taxable court costs, pre- and postjudgment interest and disbursements associated with such appeal. In no event will this provision increase our liability beyond the applicable Limits of Insurance described in **SECTION II – LIMITS OF INSURANCE**.

**2. Bankruptcy**

**a. Bankruptcy Of Insured**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

**b. Bankruptcy Of Any Underlying Insurer**

Bankruptcy of any "underlying insurer" will not relieve us of our obligations under this policy.

However, insurance provided under this policy will not replace any "underlying insurance" in the event of bankruptcy or insolvency of any "underlying insurer". The insurance provided under this policy will apply as if all "underlying insurance" were in full effect and recoverable.

**3. Duties In The Event Of An Event, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "event", regardless of the amount, which may result in a claim under this insurance. To the extent possible, notice should include:

(1) How, when and where the "event" took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any "injury or damage" arising out of the "event".

**b.** If a claim is made or suit is brought against any insured, you must:

(1) Immediately record the specifics of the claim or suit and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or suit as soon as practicable.

**c.** You and any other insured involved must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the suit; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "injury or damage" to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**4. First Named Insured Duties**

The first Named Insured is the person or organization first named in the Declarations and is responsible for the payment of all premiums. The first Named Insured will act on behalf of all other Named Insureds for giving and receiving of notice of cancellation or the receipt of any return premium that may become payable.

At our request, the first Named Insured will furnish us, as soon as practicable, with a complete copy of any "underlying insurance" and any subsequently issued endorsements or policies which may in any way affect the insurance provided under this policy.

**5. Cancellation**

**a.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**b.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

**c.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**d.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund, or if the refund offered has been incorrectly calculated.

**f.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**g.** Notice of cancellation to the first Named Insured will serve as notice of cancellation to all insureds. No notice of cancellation will be provided to anyone other than the first Named Insured.

**6. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured is authorized by all other insureds to make changes in the terms of this Policy with our consent. This policy's terms can be amended or waived only by endorsement.

 Includes copyrighted material of Insurance Services Offices, Inc., with its permission. 

**7. Maintenance Of/Changes To Underlying Insurance**

All "underlying insurance" must be maintained in full effect without reduction of coverage or limits except for the reduction of aggregate limits in accordance with the provisions of such "underlying insurance" that results from "injury or damage" to which this insurance applies during the policy period of this policy. Such exhaustion or reduction is not a failure to maintain "underlying insurance".

The first Named Insured must notify us in writing, as soon as practicable, if any "underlying insurance" is cancelled, not renewed, replaced or otherwise terminated, or if the limits or scope of coverage of any "underlying insurance" is changed. You must see to it that the terms and conditions of renewals or replacements of underlying insurance, shown in the Schedule of Underlying, will be materially the same as the prior coverage, unless we agree otherwise.

In the event of the Insured's failure to maintain "underlying insurance" in full force and effect, coverage hereunder shall not be invalid, but shall apply to the same extent that it would have applied had there been compliance with this condition and in no event will our liability be more than it would have been if there had been no such change in "underlying insurance" unless we agreed to the change in writing.

**8. Other Insurance**

**a.** This insurance is excess over, and shall not contribute with any other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this policy.

When this insurance is excess, if no other insurer defends, we may undertake to do so, but we will be entitled to the insured's rights against all other insurers.

**b.** When this insurance is excess over other insurance, we will pay only our share of the "ultimate net loss" that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of the insurance provided under this policy;

(2) The total of all deductible and self-insured amounts under all other insurance; and

(3) All other mechanisms (including contractual obligations of any person or organization to the Insured) arranged for funding of "ultimate net loss".

**9. Policy Premium**

We will compute all premiums for this policy in accordance with our rules and rates. The policy premium is not subject to audit.

**10. Loss Payable**

Our obligation to make payment for "ultimate net loss", which is covered under the terms and conditions of this policy, does not apply to a given claim unless and until:

**a.** The insured or insured's "underlying insurer" has become legally obligated to pay the "retained limit";

**b.** The obligation of the insured to pay the "ultimate net loss" in excess of the "retained limit" has been determined by a final settlement or judgment or written agreement among the insured, claimant, "underlying insurer" (or a representative of one or more of these) and us; and

**c.** All "underlying insurers" have paid the amounts due for the claim under "applicable underlying insurance".

**11. Legal Action Against Us**

No action shall be taken against us unless, as a condition precedent, there has been:

**a.** Full compliance with all the provisions of this policy, and

**b.** The amount of our obligation to pay has been finally determined either by final and non-appealable judgment against the Insured after trial, or by written agreement between you, the claimant and us.

No person or organization shall have the right under this policy to join us as a party to any claim, suit or proceeding against the insured to determine the Insured's liability, nor shall we be impleaded by any insured or their legal representative in any such claim, suit or proceeding.

**12. Subrogation – Recoveries**

**a.** In the event of any payment under this policy, we shall be subrogated to all your rights of recovery against any person or organization, and you shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights.

**b.** Any amounts recovered after any payment under this policy shall be apportioned as follows:

(1) First, we shall receive all amounts recovered until we have been fully reimbursed for all amounts we have incurred, including costs or expenses of such recovery proceedings;

(2) Then, you are entitled to claim for any further amount recovered.

**13. When We Do Not Renew**

If we decide not to renew this policy, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less then 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION IV – DEFINITIONS**

The definitions of any "applicable underlying insurance" also apply to this insurance. In addition, the following definitions apply.

1. "Applicable underlying insurance" means the policy or policies of "underlying insurance" which provide underlying coverage for loss that resulted in a claim under this insurance.
2. "Controlling underlying insurance" means "applicable underlying insurance".
3. "Controlling underlying insurer" means any insurer who provides any policy of insurance that qualifies as the "applicable underlying insurance".
4. "Event" means, including but not limited to, an occurrence, offense, accident or act, to which the "applicable underlying insurance" applies.
5. "Injury or damage" means any injury or damage, covered in the "applicable underlying insurance" arising from an "event".
6. "Retained limit" means the sum of:
   a. The limits of "underlying insurance" applicable to the claim;
   b. Any self insured retentions contained therein; and
   c. Any amount you must pay because the "underlying insurance", as represented by you, is not available for any reason.
7. "Ultimate net loss" means the total sum, after reduction for recoveries, or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of:
   a. Settlements entered into with our consent, judgments, binding arbitration; or
   b. Other binding alternate dispute resolution proceeding entered into with our consent.

   "Ultimate net loss" includes defense expenses if any "underlying insurance" specifies that limits are reduced by defense expenses.
8. "Underlying insurance" means any policy of insurance listed on the Schedule of Underlying Insurance.
9. "Underlying insurer" means any insurer who provides any policy of insurance listed on the Schedule of Underlying Insurance.


Includes copyrighted material of Insurance Services Offices, Inc., with its permission.

**POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE**

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, you have a right to purchase insurance coverage for losses resulting from acts of terrorism. *As defined in Section 102(1) of the Act*: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 85% THROUGH 2015; 84% BEGINNING ON JANUARY 1, 2016; 83% BEGINNING ON JANUARY 1, 2017; 82% BEGINNING ON JANUARY 1, 2018; 81% BEGINNING ON JANUARY 1, 2019 and 80% BEGINNING ON JANUARY 1, 2020, OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

**Acceptance or Rejection of Terrorism Insurance Coverage**

________ I hereby **elect** to purchase terrorism coverage for a prospective premium of $ ____________________

X I hereby **decline** to purchase terrorism coverage for certified acts of terrorism. I understand that I will have no coverage for losses resulting from certified acts of terrorism.

**IF YOU CHOOSE TO *DECLINE* TERRORISM COVERAGE, YOU MUST SIGN THIS STATEMENT THAT AFFIRMATIVELY EXPRESSES YOUR DESIRE TO WAIVE COVERAGE FOR CERTIFIED ACTS OF TERRORISM**:

By signing the rejection statement below, you understand that an exclusion(s) of certain terrorism losses will be made part of this policy and any subsequent renewal until the Terrorism Risk Insurance Act expires or you opt to purchase such coverage. If upon renewal of your policy, you wish to purchase coverage for certified acts of terrorism, please contact your agent, broker or representative, and an offer of coverage will be made. If you decide to purchase the coverage, the exclusion(s) of certified acts of terrorism will be removed from your policy.

**REJECTION STATEMENT: On behalf of the Named Insured shown below, I hereby:**

- Reject the offer of coverage for certified acts of terrorism;
- Acknowledge that an exclusion(s) of certain terrorism losses will be made part of the policy; and
- Acknowledge that, unless the Named Insured requests coverage for certified acts of terrorism at renewal, an exclusion(s) of certain terrorism losses will be part of the policy and any subsequent renewals.

| | |
|---|---|
| SALTAIRE CRAFTSMEN, LLC<br>SALTAIRE CONSTRUCTION, LLC, URBAN CABINET COMPANY, INC. | COLONY INSURANCE COMPANY |
| ***Policyholder/Applicant Name*** | ***Insurance Company*** |
| Signature On File | XS174098 |
| ***Policyholder/Applicant's Signature*** | ***Policy Number*** |
| On File | |
| ***Date*** | |