# EXHIBIT H

VELA INSURANCE SERVICES
| a Berkley Company

January 25, 2022

**Regular Mail**
**Certified Mail-Return Receipt Requested**
**Via E-mail: scott@braininjurylawofseattle.com**

Brain Injury Law of Seattle, Inc.
Attention: Scott Blair
Attorney at Law
437 5th Avenue South
Suite 103
Edmonds, Washington 98020

| | |
|---|---|
| Lawsuit | Case No: 20-2-01720-5 SEA Lena Chindamany vs. Salataire Craftsman, LLC vs. Superior Sole Welding & Fabrication, Inc. d/b/a Superior Rail & Awning |
| Claim Number | V000000128940 |
| Loss Date | 05/17/2019 |
| Policy Number(s) | VCGP024618 |
| Plaintiff | Lena Chindamany |
| Policyholder | Superior Sole Welding & Fabrication, Inc. |
| Additional Insured | Saltaire Craftsmen, LLC |

Dear Mr. Blair,

Vela Insurance Services ("Vela"), a Berkley Company, is handling this matter on behalf of Gemini Insurance Company ("Gemini"). Gemini issued a commercial general liability policy to Superior Sole Welding & Fabrication, Inc. ("Superior"). In addition, Superior has identified Saltaire Craftsmen, LLC ("Saltaire") as an additional insured under the respective policy subject to the policy limits. Gemini confirms receipt of your correspondence dated January 14, 2022 in which you communicate a settlement demand for $5,000,000.00 for full release of Superior, Saltaire and its insurer(s) including Gemini. Gemini makes you aware that the dollar limit of the Gemini policy

issued to Superior is $1 million. Gemini is thus unable to unilaterally satisfy your $5,000,000.00 settlement demand.

However, please be advised that Gemini has made the $1 million policy limit available for settlement purposes in this case on behalf of Superior and Saltaire. In doing so, Gemini makes no admission and expresses no agreement concerning Superior's nor Saltaire's liability, responsibility, or defenses in this case. Gemini likewise makes no admission and expresses no agreement concerning the value of your client's claim.

Gemini continues to pursue settlement opportunities in good faith on behalf of Superior and Saltaire.

If you have questions or concerns about the actions of your insurance company or agent, or would like information on your rights to file a complaint or appeal, contact the Washington State Office of the Insurance Commissioner's consumer protection hotline at 1-800-562-6900 or visit https://www.insurance.wa.gov/complaints-appeals. The insurance commissioner protects and educates insurance consumers, advances the public interest, and provides fair and efficient regulation of the insurance industry.

Brian Connery **CRIS ERIS SCLA**
Senior Complex Claims Specialist
678-987-1732
**CA License No. 2M69682**
bconnery@vela-ins.com

**ENCLOSURES**

**Copy to:** **Jrk@leesmart.com**
**Peter.Drever@thehartford.com**
**ritsyrita@aol.com**
**wcornell@pregodonnell.com**
**Molly.Horrigan@argogroupus.com**