# EXHIBIT I

**Navigators**

**227 W. Monroe, Suite 4500**
**Chicago IL 60606**
**Phone: 312-572-7410**
**Email: peter.drever@thehartford.com**

November 15, 2021

Les W. Robertson
550 West C Street, Suite 580
San Diego, CA 92101
lrobertson@robertsonapc.com

| Re: | | |
|---|---|---|
| Re: | Policy Holder: | Superior Sole Welding & Fabrication, Inc. |
| | Excess Policy Number: | SE19EXC936730IC |
| | Underwriting Company: | Navigators Specialty Insurance Company |
| | Claim Number: | EXC346837 |
| | Matter: | Lena Chindamany |
| | Date of Incident: | November 8, 2016 |

Dear Mr. Robertson:

We acknowledge your letter of November 2, 2021 requesting additional insured coverage for Saltaire Craftsmen, LLC ("Saltaire") from Navigators Specialty Insurance Company ("Navigators") under the above-captioned policy issued to Superior Sole Welding & Fabrication, Inc. ("Superior Sole"), in connection with the lawsuit filed in King County Superior Court Cause No. 20-2-01720-5 SEA ("Action") naming Saltaire and Superior among others. This letter sets forth Navigators response to Saltaire's request. As you know, Navigators issued a Commercial Excess Liability insurance policy to Superior Sole with effective dates of May 15, 2019 to May 15, 2020 with a $4,000,000 per occurrence limit and aggregate limit of liability (the "Navigators Excess Policy"). The commercial general liability policy VCGP024618 issued by Gemini Insurance Company ("Gemini"), with effective dates of May 15, 2019 to May 15, 2020, is the "controlling underlying insurance" for the Navigators Excess Policy.

For the reasons provided below, Saltaire does not qualify as an additional insured for the Chindamany lawsuit under the Navigators Excess Policy. There is no requirement in the January 23, 2015 subcontract between Superior Sole Saltaire (the "Subcontract") that any excess additional insured coverage be procured to Saltaire, or that any additional insured coverage procured be primary and/or noncontributory to Saltaire's own coverage. The Subcontract contains an insurance provision which provides the following:

> *<u>INSURANCE</u>*
> *Subcontractor shall obtain and keep in force during the term of the SUBCONTRACT and supply a Certificate of Insurance stating the following:*

| *General Liability* | *Employer's Liability* | *Automobile* |
|---|---|---|
| *Occurrence $1,000,000* | *$1,000,000/Accid* | *$1,000,000* |
| *Aggregates $2,000,000 Gen'l Agg* | *$1,000,000 Policy Limit* | |
| *$2,000,000 Prod/Co Agg* | | |

*(Umbrella insurance may be used to fulfill part of these requirements)*

© 2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

*In the event subcontractor does not meet all of the conditions, including the additional insured and waive of subrogation requirements than 1.5% of contract price will be deducted from subcontractor.*

*<u>Additional Insured</u>*

*Subcontractor's General Liability Policy must name Saltaire Craftsmen, LLC as an Additional Insured. The additional insured wording must be noted on the Certificate of Insurance provided to Saltaire prior to commencing work, and maintained throughout the duration of the work.*

The Subcontract requires Superior Sole to procure commercial general liability coverage with limits of $1,000,000 each occurrence naming Saltaire as an additional insured. The entirety of the insurance section of the Subcontract focuses on the scope of additional insured coverage available to Saltaire under Superior Sole's commercial general liability policy. There is no requirement that Superior Sole procure coverage in excess of $1,000,000 per occurrence, and $2,000,000 in the aggregate, in general liability coverage. Accordingly, Saltaire does not qualify as an additional insured under the Navigators Policy.

The Navigators Excess Policy contains the following relevant language:

***SECTION II – WHO IS AN INSURED***

*This WHO IS AN INSURED SECTION of the "controlling underlying insurance" is made part of this policy. Any person or organization that is an insured in "controlling underlying insurance" is an insured in this policy to the same extent.*

**********

Saltaire only qualifies as an additional insured under the Gemini Policy to the extent required by the Subcontract. The Gemini Policy contains the following additional insured provision, titled "ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS" which provides in relevant part:

| ***SCHEDULE*** | |
|---|---|
| ***Name of Additional Insured Person(s) Or Organization(s):*** | ***Location And Description of Completed Operations*** |
| *Any person or organization when you have agreed in a written and executed contract, prior to an "occurrence", that such person or organization be added as an additional insured on your policy.* | *All locations and completed operations for which you have agreed in a written and executed contract prior to an "occurrence."* |
| *Information required to complete this Schedule, if not shown above, will be shown in the Declarations.* | |

***A. Section II – Who Is an Insured*** *is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused,*



© 2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

*in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products completed operations hazard"*

*However:*

1. *The insurance afforded to such additional insured only applies to the extent permitted by law; and*
2. *If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.*

***B.*** *With respect to the insurance afforded to these additional insureds, the following is added to* ***Section III – Limits of Insurance:***

*If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:*

1. *Required by the contract or agreement; or*
2. *Available under the applicable Limits of Insurance shown in the Declarations;*

*whichever is less.*

*This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.*

Saltaire only qualifies as an additional insured under the Gemini Policy to the extent required by the Subcontract. As noted above, the Subcontract does not require excess or umbrella coverage beyond $1,000,000 per occurrence and $2,000,000 in the aggregate. As such, Saltaire does not qualify as an additional insured under the Navigators Policy, because Salta

This correspondence is not intended and should not be construed as an exhaustive listing or decision on the policy terms, conditions or exclusions which might limit or preclude coverage for this matter. Navigators does not waive any coverage defenses available either under the Navigators Excess Policy or the law failing to expressly set those out in this letter. Portions of the Navigators Excess Policy are provided for your convenience only. The exact terms of the Navigators Excess Policy must be determined by reference to the Navigators Excess Policy itself. This letter does not modify the terms and conditions of the Navigators Excess Policy.

Our coverage decision is based on the information that is currently available. If you believe that we have overlooked any applicable facts or allegations, please let us know and we will carefully consider your position. Should you have any questions, or if you have any additional information to provide to use, or if there are any errors or misunderstandings in the above, please do not hesitate to contact me.



© 2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

Sincerely,

Navigators Specialty Insurance Company

Peter Drever
Specialist – U.S. Casualty
Global Specialty Claims
(312) 572-7410

cc: Jennifer Meisinger
Vela Insurance
jmeisinger@vela-ins.com

Molly Horrigan
Colony Insurance Company
Molly.Horrigan@argogroups.com



© 2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.