THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLONY INSURANCE COMPANY, | CASE NO. C22-0394-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GEMINI INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

After the parties filed a stipulation to extend the deadline for Defendant's answer (Dkt. No. 11), Defendant filed an answer before the propose deadline. (Dkt. No. 16.)

Accordingly, the parties' stipulation (Dkt. No. 11) is DENIED as moot.

DATED this 2nd day of May 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk